**Lewis CUMSEY et al. v. B. F. DAVIS et al.**

No. 889.

Circuit Court of Appeals, Tenth Circuit.

Sept. 1, 1933.

Norman Barker, of Tulsa, Okl., for appellants.

James H. Maxey, of Tulsa, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

**DETROIT TRUST CO., Receiver of Detroit Aircraft Co., v. TITLE INSURANCE & TRUST CO., Receiver of Lockheed Aircraft Co.**

**Wilbert J. AUSTIN v. TITLE INSURANCE ETC., CO.**

No. 7271.

Circuit Court of Appeals, Ninth Circuit.

Sept. 6, 1933.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeals in this cause dismissed; that a decree of dismissal be filed and entered according to stipulation canceling bonds and discharging parties to said bonds; mandate forthwith.

**DEVOY AND KUHN COAL & COKE CO., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 9692.

Circuit Court of Appeals, Eighth Circuit.

July 31, 1933.

Arthur R. Foss, of Chicago, Ill., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key, Sp. Asst. to the Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Harold Allen, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of United States Board of Tax Appeals reversed, and petition dismissed, without costs to either party in this court on confession of error and consent of respondent to reversal.

**Heman EDWARDS v. UNITED STATES of America.**

No. 836.

Circuit Court of Appeals, Tenth Circuit.

Aug. 25, 1933.

Arthur R. Morrison, of Denver, Colo., for appellant.

John A. Carroll, Asst. U. S. Atty., of Denver, Colo.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.